UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

|  |  |
|---|---|
| DAVID ARCHAMBAULT, | ) ) ) ) |
| Plaintiff | ) ) |
| v. | ) C.A. No. 2:16-cv-00108-JAW ) |
| ENCORE RECEIVABLE MANAGEMENT, INC. | ) ) ) |
| Defendant | ) ) |

**NOTICE OF DISMISSAL OF PLAINTIFF'S COMPLAINT
WITH PREJUDICE WITH RESPECT TO DEFENDANT, ENCORE
RECEIVABLE MANAGEMENT, INC.**

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Plaintiff David Archambault hereby notices the Court of the dismissal of the above-captioned matter, with prejudice with respect to Defendant Encore Receivable Management, Inc. Each party shall bear its own costs and attorneys' fees.

Date: April 20, 2016                              /s/ *Andrea Bopp Stark*
                                                  Andrea Bopp Stark Esq.
                                                  Attorney for Plaintiff, David
                                                  Archambault
                                                  Molleur Law Office
                                                  419 Alfred Street
                                                  Biddeford, Me 04005
                                                  (207) 283-3777
                                                  andrea@molleurlaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 20, 2016, I electronically filed the foregoing document entitled Notice of Dismissal of Plaintiffs' Complaint with Prejudice to be filed through the Court's CM/ECF system. The following party was served notification of such filing via email:

Lysbeth George, Counsel for Defendant
lysbeth.george@crowedunlevy.com

      /s/ *Andrea Bopp Stark*
      Andrea Bopp Stark Esq.
      Molleur Law Office
      419 Alfred Street
      Biddeford, Me 04005
      (207) 283-3777
      andrea@molleurlaw.com